UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-BK-10117 |
| TRACY SZCZESNIAK | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |
| | ) | JUDGE: |

**MOTION TO WAIVE COUNSELING/FINANCIAL MANAGEMENT COURSES**

Now comes Tracy Szczesniak, by and through counsel, who humbly requests this Court waive the required Pre-Petition Counseling and Financial Management courses normally required in a bankruptcy petition. In 2000, Debtor Tracy Szczesniak had brain injuries through a case of viral encephalitis and a contemporaneous stroke that left her permanently unable to follow/understand directions and carry out instructional/educational tasks. This is a permanent affliction that is currently exacerbated by one or more cysts present in her brain. She is unable to complete or understand these requirements, and asks that they be waived.

Respectfully Submitted,

/s/ Mark Graziani
Mark F. Graziani #0092927
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor Tracy Szczesniak

1